CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROD TURNER,<br>    Plaintiff, | Civil Action No. 7:07cv00477 |
| v. | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL<br>JAIL, ABINGDON DISTRICT,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Turner's request for injunctive relief is **DENIED**; this action is **DISMISSED** without prejudice; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 30th day of November, 2007.

_____
United States District Judge